<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6055**

---

GARY LEON MORTON,

Petitioner - Appellant,

versus

NORTH CAROLINA ATTORNEY GENERAL; RICK JACKSON,

Respondents - Appellees.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Richard C. Erwin, Senior District Judge. (CA-97-27-2)

---

Submitted: April 29, 1999                Decided: May 5, 1999

---

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Gary Leon Morton, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gary Leon Morton appeals the district court's order affirming the order of the magistrate judge denying his motion requesting a further stay of the running of the statute of limitations for his 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appeal-ability and dismiss on the reasoning of the district court. See Morton v. North Carolina Attorney General, No. CA-97-27-2 (M.D.N.C. Dec. 4, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED